COURT OF APPEALS









COURT OF APPEALS

EIGHTH DISTRICT OF TEXAS

EL PASO, TEXAS




 
 
  
  
  
  
  
 IN THE INTEREST OF S.A.W.
  
  
 
 
  
 '
  
 '
  
 '
  
 '
  
 '
 
 
  
 No. 08-04-00029-CV
  
 Appeal from the
  
 383rd District Court
  
 of El Paso County, Texas
  
 (TC#98CM3697)
 
 
 
 
  
  
 
 
  
  
 
 
  
  
 
 




 

MEMORANDUM
OPINION

Pending before the Court is appellant=s motion to dismiss this appeal
pursuant to Tex. R. App. P. 42.1.

The Court has considered this cause
on appellant=s motion and concludes the motion
should be granted and the appeal should be dismissed.  We therefore dismiss the appeal.

 

SUSAN
LARSEN, Justice

March 4, 2004

 

Before Panel No. 4

Barajas, C.J., Larsen, and
McClure, JJ.